UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY BLOUNT
1169 Bedford Ave Apt 1FR
BKLY NY 11216

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

RET LT SEAN JORDAN 49th PCT BX
NYC DSNY LOC 831 ATTY ALAN COHEN
MAYORS OFFICE. Comptrollers office MANH. DA OFFICE

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)

16 CV 2593

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☑ Yes ☐ No
(check one)

2016 APR -6 PM 1:58
S.D. OF N.Y.
RECEIVED SDNY PRO SE OFFICE

This action is brought for discrimination in employment pursuant to: (check only those that apply)

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
   *NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

___  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
   *NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

___  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
   *NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

___  New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

___  New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name ANTHONY BLOUNT
Street Address 1169 Bedford AVE 1FR
County, City BKLY NY KINGS
State & Zip Code HZ-K 11238 BKL NY
Telephone Number 321 905 2617

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant   Name ReT LT SEAN JORDAN 49ᵗʰ PCT BX
Street Address
County, City
State & Zip Code
Telephone Number

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer NYC DSNY
Street Address 200 So 5T NY NY
County, City NY
State & Zip Code NY 10007
Telephone Number 212 732 6468-69

II. **Statement of Claim:**

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

☐ Failure to hire me.
☑ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.

✓ Retaliation.

___ Other acts *(specify)*: __MOUTHED OFF__.

*Note:* Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: __9-16-01__.
*Date(s)*

C. I believe that defendant(s) *(check one)*:

___ is still committing these acts against me.

✓ is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

☑ race _____    ☐ color _____

☐ gender/sex _____    ☐ religion _____

☐ national origin _____

☐ age.  My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

☐ disability or perceived disability, _____ *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*:

Based on a 1 min Conversation. Scapegoated Blackballed RAIL ROADED and STONEWALLED THEFT THEN GIFT or Gratuity. ConFlict of INTREST Bd Ruling, NO collar No CASE, INClude MIS APPropriation of tax PAYER Funds A Coast more do Fire me than the CASE against me $250 ALAN CoheN 831 ATTY I F'd up I TOLD the TRUTH

*Note:* As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.   See ATTACH Pg 1-2

### III. Exhaustion of Federal Administrative Remedies:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: __Sided with The STATE__ *(Date)*.

Rev. 05/2010                         3

# Complaint Report (CCRB)

| | | | |
|---|---|---|---|
| CCRB Case No : | 200601792 | C/V Report Date : | 02/10/2006 10:48 AM |
| Complaint Type : | OCD | Investigator : | Not Assigned |
| Complaint Made At : | CCRB | Ref. No : | |
| Received Date (CCRB) : | 02/10/2006 10:48 AM | Mode : | Phone |
| Incident Date : | 09/16/2001 11:00 AM | Location : | Commercial building |
| Place of Occurrence : | Red Cross Release Site Pike Street between South and Cherry Street | Precinct : | 01 |
| | | Boro : | Manhattan |
| Reason for Initial Contact : | Other | | |

Charges : No arrest made or summons issued

## Complainant/Victim Details

Type : Comp/Victim

Name : Anthony Blount
Address : 415 Lafayette Avenue, 9C Brooklyn NY 11238, USA

Contacts : (718)-399-0003 Phone(Home)

Gender : Male
Ethnicity :
Date of Birth : 07/31/1963

Person Assisting :
Injury Details :

## Officer(s) Named in Complaint

| Rank | Officer | S/W Officer | Tax No | Race | Cmd Allegations/Board Dispositions |
|---|---|---|---|---|---|
| | Jordan | Subject Officer | | | |

## Initial Complaint Narrative

Lt. Jordan accused Mr. Blount of stealing one pair of underwear from 9/11 donations. He has been fighting the city for four years. The city dropped the charges on October 17, 2005.

Mr. Blount's freedom of speech is violated; his character has been assassinated based on a false allegation. Lt. Jordan made a complaint against Mr. Blount for four years despite the fact that Mr. Blount was found innocent.

Mr. Blount explained that he did not steal underwear and had only asked for a change of underwear from the Red Cross.

Mr. Blount explained that this is abuse of authority on account of a false allegation.

## Witness

②

4 A misdemenors

2005 Judge Ciotti MAN 1t  Dismissed
2011 Jdgs McKenzie Miller Simpson Dismissed
2014 Nassau ct AlAN Cohn vs AB  Dismissed
2014 MANH DA Mayors comptroller office
1 A Felony Dismissed  Feb 2015 Jdg. Peterson
Becase this is A 911 related matter
over A Donated PAIR of underwear

ABUSE OF AUTHORITY...

STOP STONEWALLING ME...

B. The Equal Employment Opportunity Commission *(check one)*:

_____ has not issued a Notice of Right to Sue letter.
__✓__ issued a Notice of Right to Sue letter, which I received on ___O2___ *(Date)*.

Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

C. Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

__✓__ 60 days or more have elapsed.
_____ less than 60 days have elapsed.

## IV. Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: I DEMAND MY NAME Cleared 15/rs BACK PAY Full pension DSNY I WAS NOT Wrong FoR TELLING THE TRUTH
*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6__ day of __April__, 20__16__.

Signature of Plaintiff  *Clinth-Blomt*
Address  1169 BEDFORD AVE
          1 FR

Telephone Number  347 905 2617
Fax Number *(if you have one)*